```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SARALYN M. ANG-OLSON, SBN 197404
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )   2:10-CV-01116-MCE-KJM
                                  )
12           Plaintiff,           )   APPLICATION AND ORDER FOR
                                  )   PUBLICATION
13       v.                       )
                                  )
14  REAL PROPERTY LOCATED AT 12711)
    HIGHWAY 89, SIERRAVILLE,      )
15  CALIFORNIA, SIERRA COUNTY,    )
    APN: 018-050-0360 (FORMERLY   )
16  APN'S: 018-050-003, 018-050-001)
    AND 018-050-002), INCLUDING   )
17  ALL APPURTENANCES AND         )
    IMPROVEMENTS THERETO,         )
18                                )
             Defendant.           )
19  _____)
```

The United States of America, Plaintiff herein, applies for an order of publication as follows:

  1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

  2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate

1 newspaper or other vehicle for publication;
2     3.   The defendant real property is located in the city of
3 Sierraville, in Sierra County, California;
4     4.   Plaintiff proposes that publication be made as follows:
5         a.   One publication;
6         b.   Thirty (30) consecutive days;
7         c.   On the official internet government forfeiture
8 site [www.forfeiture.gov](www.forfeiture.gov);
9         d.   The publication is to include the following:
10             (1)   The Court and case number of the action;
11             (2)   The date of the seizure/posting;
12             (3)   The identity and/or description of the
13 property seized/posted;
14             (4)   The name and address of the attorney for the
15 Plaintiff;
16             (5)   A statement that claims of persons entitled
17 to possession or claiming an interest pursuant to Supplemental
18 Rule G(5) must be filed with the Court and served on the attorney
19 for the Plaintiff no later than 60 days after the first day of
20 publication on the official internet government forfeiture site;
21 and
22             (6)   A statement that answers to the Complaint or
23 a motion under Rule 12 of the Federal Rules of Civil Procedure
24 ("Fed. R. Civ. P.") must be filed and served within 21 days after
25 ///
26 ///
27 ///
28

                  2                  Application and Order
                                        For Publication

the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: May 4, 2010

BENJAMIN B. WAGNER
United States Attorney


/s/ Saralyn M. Ang-Olson
SARALYN M. ANG-OLSON
Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  May 10, 2010.

U.S. MAGISTRATE JUDGE