DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Claimant
DALE R. FRISBEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-CV-01116 MCE-KJM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER APPOINTING COUNSEL FOR CLAIMANT DALE FRISBEY |
| REAL PROPERTY LOCATED AT 12711 HIGHWAY 89, SIERRAVILLE, CALIFORNIA, SIERRA COUNTY, APN: 018-050-03, | Judge: Hon. Morrison C. England |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and claimant, Dale Frisbey, as follows:

1. On November 20, 2009, the Magistrate Judge appointed the Office of the Federal Defender to represent Dale R. Frisbey in <u>United States v. Frisbey et al.</u>, 2:09-CR-0513, to which the above case has been ordered related. Mr. Frisbey submitted a financial affidavit demonstrating that he was indigent and therefore financially unable to obtain representation by counsel.

2. On May 5, 2010, the United States filed a verified complaint for forfeiture in rem against the above property in Plumas County, California.

3. Section 983(b)(1)(A) of Title 18, United States Code, provides:

> If a person with standing to contest the forfeiture of property in a civil judicial forfeiture proceeding under a civil forfeiture statute is financially unable to obtain representation by counsel, and the person is represented by counsel appointed under section 3006A of this title in connection with a related criminal case, the court may authorize counsel to represent that person with respect to the claim.

4. Pursuant to 18 U.S.C. § 983(b)(1)(A), Mr. Frisbey asks the Court to authorize the Federal Defender to represent him in the above forfeiture case.

5. The United States has no objection to the appointment of the Federal Defender as counsel. Since there has not been any discovery undertaken in the case, the United States reserves the right oppose Dale Frisbey's claim and/or answer for any lack of standing on his part to contest the forfeiture of property in a civil judicial forfeiture proceeding under a civil forfeiture statute.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  June 24, 2010          /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for DALE R. FRISBEY


                               BENJAMIN B. WAGNER
                               United States Attorney

Dated:  June 24, 2010          /s/ S. Ang-Olson
                               SARALYN M. ANG-OLSON
                               Assistant U.S. Attorney

Stip. & Order                          -2-

1
2 **O R D E R**
3
4     Pursuant to 18 U.S.C. § 983(b)(1)(A), the Office of the Federal
5 Defender is hereby authorized to represent Dale R. Frisbey in the above
6 case.
7     IT IS SO ORDERED.
8
 Dated: June 25, 2010
9
10 _____
11 MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip. & Order                              -3-