BENJAMIN B. WAGNER
United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-cv-01116-MCE-KJM |
| Plaintiff, | STIPULATION TO STAY FURTHER PROCEEDINGS AND ORDER |
| v. | |
| REAL PROPERTY LOCATED AT 12711 HIGHWAY 89, SIERRAVILLE, CALIFORNIA, SIERRA COUNTY, APN: 018-050-0360 (FORMERLY APN'S: 018-050-003, 018-050-001 AND 018-050-002), INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

Plaintiff United States of America, and claimant Dale Frisbey (hereafter "Frisbey"), by and through their respective counsel, hereby stipulate that a stay is necessary as to Frisbey's interest, if any, in the above-entitled action, and request that the Court enter an order staying all further proceedings as to Frisbey until the conclusion of the criminal case against him.

The Grand Jury in the Eastern District of California indicted Frisbey on violations of 21 U.S.C. §§ 846 and 841(a)(1)-

Conspiracy to Manufacture at Least 100 Marijuana Plants and Manufacture of at Least 100 Marijuana Plants.

The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i). The United States seeks to forfeit the defendant real property, including any right, title and interest in the whole of any lot or tract of land and any appurtenances or improvements thereon, on the grounds that said real property was used or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§ 841 et seq., an offense punishable by more than one year's imprisonment, and is therefore subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7).

The plaintiff intends to depose Frisbey regarding his claim and his involvement in and/or knowledge of drug-trafficking; the source of the funds seized; and other facts as alleged in the complaint. Frisbey will likely attempt to depose law enforcement officers who have been involved in the drug-trafficking investigation that resulted in the seizure of the defendant currency and that is the basis for the pending criminal case. If discovery proceeds at this time, Frisbey will be placed in the difficult position of either invoking his Fifth Amendment rights against self-incrimination and losing the ability to pursue his claim to the defendant currency, or, on the other hand, waiving his Fifth Amendment rights and submitting to a deposition and potentially incriminating himself. If he invokes his Fifth Amendment rights, the plaintiff United States will be deprived of the ability to explore the factual basis for the claim he filed with this Court in this action.

In addition, to the extent Frisbey intends to depose the agents, among others, involved in the underlying investigation, allowing depositions of the law enforcement officers at this time would adversely affect the United States' prosecution of the criminal case against Frisbey.

The parties recognize that proceeding with this action at this time has potential adverse effects on the prosecution of the underlying criminal case and/or upon Frisbey's ability to prove his claim to the defendant real property and to assert any defenses to the forfeiture.  For these reasons, the parties jointly request that this matter be stayed until the conclusion of the criminal case.  At that time the parties will advise the court of the status of the criminal case and will advise the court whether a further stay is necessary.

DATED: 10/12/10              BENJAMIN B. WAGNER
                             United States Attorney


                             /s/ Saralyn M. Ang-Olson
                             _____
                             SARALYN M. ANG-OLSON
                             Special Assistant U.S. Attorney

                             Attorneys for the United States


DATED: 10/12/10


                             /s/ Timothy Zindel
                             _____
                             By: Timothy Zindel
                             Attorney for Claimant Dale Frisbey

**ORDER**

For the reasons set forth above, this action is stayed pursuant to 18 U.S.C. § 981(g)(1), 18 U.S.C. § 981(g)(2), and 21 U.S.C. § 881(i) until the conclusion of the criminal case, at which time the Parties will advise the Court whether a further stay is necessary.

Furthermore, Frisbey's answer in this civil action must be filed in this civil action within 20 days after such stay is lifted.

**IT IS SO ORDERED.**

Dated: October 19, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE