UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>REAL PROPERTY LOCATED AT 12711 HIGHWAY 89, SIERRAVILLE, CALIFORNIA, SIERRA COUNTY,<br><br>        Defendant.<br>_____/ | No. 2:10-cv-01116-MCE-EFB<br><br><br><br>ORDER CONTINUING TRIAL |

    YOU ARE HEREBY NOTIFIED the July 2, 2012 jury trial is vacated and continued to **March 11, 2013**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **December 27, 2012**. Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the May 3, 2012 Final Pretrial Conference is vacated and continued to **January 10, 2013**, at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **December 17, 2012,** and shall comply with the procedures outlined in the Court's July 29, 2010 Pretrial Scheduling Order.

///

1 The personal appearances of the trial attorneys or person(s) in
2 pro se is mandatory for the Final Pretrial Conference.
3 Telephonic appearances for this hearing are not permitted.
4     Any evidentiary or procedural motions are to be filed by
5 **December 20, 2012.**  Oppositions must be filed by **December 27,**
6 **2012,** and any reply must be filed by **January 3, 2013.**  The
7 motions will be heard by the Court at the same time as the Final
8 Pretrial Conference.
9     IT IS SO ORDERED.

Dated: October 26, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE