UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cv-01116-MCE-EFB |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL |
| REAL PROPERTY, LOCATED AT 12711 HIGHWAY 89, SIERRAVILLE CALIFORNIA, SIERRA COUNTY, | |
| Defendant. | |

    YOU ARE HEREBY NOTIFIED the March 11, 2013 jury trial is vacated and continued to **January 21, 2014**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **November 21, 2013.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the January 10, 2013 Final Pretrial Conference is vacated and continued to **December 5, 2013**, at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **November 14, 2013** and shall comply with the procedures outlined in the Court's Pretrial Scheduling Order.  The personal appearances of the trial attorneys or person(s) in pro se is

1

mandatory for the Final Pretrial Conference.  Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **November 14, 2013.**  Oppositions must be filed by **November 21, 2013** and any reply must be filed by **November 28, 2013.**  The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: October 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE